No. 37. Roig *v.* Annexi.—Motion to dismiss the appeal owing to the provisions of section 296 of the Code of Civil Procedure not having been complied with in its interposition, nor sections 299 in relation with 302, 233 and 99 of said Code. Decided April 20, 1905. The motion was allowed and the appeal dismissed. *Mr. Díaz Navarro,* for petitioner; *Mr. Pérez Almiroty,* for the adverse party.